**Robert Leroy ARD, Appellant,**

v.

**ARK MARINE, INC., et al., Respondent.**

**No. WD 50408.**

Missouri Court of Appeals,
Western District.

Dec. 19, 1995.

Rehearing Denied Jan. 30, 1996.

Alan G. Kimbrell, St. Louis, for Appellant.

Gary J. Willnauer, Muyerson, Monsees & Morrow, Kansas City, for Respondent.

Before: LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

Appeal from the trial court's dismissing the appellant's negligence suit for failure to prosecute.

Judgment affirmed. Rule 84.16(b).